**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**RANELL JOSEPH (#614546)**

**VERSUS**

**WARDEN**

**CIVIL ACTION**

**NO. 21-381-JWD-SDJ**

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 9, 2024 (Doc. 17), to which no objection was filed;

**IT IS ORDERED** that Petitioner's application for habeas corpus relief is **DENIED** and that this proceeding is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER RECOMMENDED** that, if Petitioner seeks to pursue an appeal in this case, a certificate of appealability shall be **DENIED**.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on September 24, 2024.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**